SAM PICKLESIMER v. TERRITORY OF OKLAHOMA.

(Filed February 11, 1905.)

APPEAL & ERROR—Failure to File Brief. Where an appeal is taken in a criminal case and no briefs are filed, this court will examine the indictment, the instructions of the court and the exceptions taken thereto, and the judgment and sentence, and if there is apparent no error prejudicial to the rights of the prisoner, the judgment will be affirmed.

(Syllabus by the Court.)

*Error from the District Court of Dewey County; before J. L. Pancoast, Trial Judge.*

*Houston & Grant,* and *J. R. League* for plaintiff in error.

No appearance for defendant in error.

Opinion of the court by

HAINER, J.: On November 8, 1902, the plaintiff in error was indicted in the district court of Dewey county, on the charge of grand larceny. On May 16, 1903, he was tried and convicted of the crime charged in the indictment. On May 22, 1903, motion for a new trial and motion in arrest of judgment were overruled, and the defendant was sentenced to serve a term of four years in the penitentiary. From this judgment and sentence, the defendant appeals. The cause was filed in this court on May 14, 1904, and was submitted at this term on the record, no briefs having been filed.

We have examined the indictment, the instruction of the court that were excepted to, and the judgment and sentence, and we are unable to perceive any error which would warrant a reversal of the case; and upon the authority of *White v.*

*The Territory,* 11 Okla. 172, and *Steil v. The Territory,* 4 Okla. 497, the judgment of the court below is affirmed.

Pancoast, J., who presided in the court below, not sitting; Beauchamp, J., absent; all the other Justices concurring.